**Opinion issued April 5, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00974-CV

———————————

**BENEDICT EMESOWUM, Appellant**

**V.**

**LUIZ MARTINEZ AND COLONIAL COUNTY MUTUAL INSURANCE, Appellees**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1065078**

---

## MEMORANDUM OPINION

Appellant, Benedict Emesowum, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West Supp. 2015);

Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Brown, and Lloyd.